# EXHIBIT 3

 GROOMER Stylist

 0

- Request a Catalog
- Sign Up for Email
- Need Help? ⌄

Home › Top Performance › Top Performance Bathing & Deshedding Gloves S/M Pair

# Top Performance Bathing & Deshedding Gloves S/M Pair

ITEM #: TP7348 14 17

Item qualifies for Free Shipping on orders of $99+. Click here to learn more.

~~$9.99~~ **$5.99**
**You Save 40%**

**In Stock**

Great for fast and productive deshedding. Textured nubs and flexibilty of the gloves allows you to better massage and improve circulation while distributing natural oils, promoting a healthy skin and coat. Gently cleans sensitive areas like legs, faces, ears and tight body contours. Ideal for thick, coarse coats and undercoat work. Advanced nub design for greater effectiveness. For dogs or cats. Includes left and right hand gloves.

**Qty**

1

Add to Cart

View More Options

♥ WISH LIST   ▪ COMPARE   Share This Item









RECENTLY VIEWED

**Related Products**



Top Performance
Shed Patrol
Bathing &
Deshedding
Gloves

As Low As

~~$9.99~~

View Options

## Description ⌃

**Top Performance Shed Patrol Bathing & Deshedding Gloves** are great for fast and productive deshedding. Additionally, the textured nubs and flexibility of the gloves allows you to better massage and improve circulation while distributing natural oils, promoting a healthy skin and coat. Gently cleans sensitive areas like legs, faces, ears and tight body contours. Ideal for thick, coarse coats and undercoat work. Advanced nub design for greater effectiveness. Use for deshedding dogs or cats. Includes left and right hand gloves.

- Fast and productive deshedding
- Ideal for thick, coarse coats and undercoat work
- Advanced nub design for greater effectiveness
- For dog and cats, also great for horses and equine grooming
- Sold in pairs

Materials

13G NYLON SHELL, SMOOTH NITRILE PALM, PVC AND BRUSH ON PALM

⚠ WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov      ⚠ WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov

## More Information ⌄

## Reviews ⌄

Shop Using Our E-Catalog



© 2023 Boss Pet Products, Inc.

Customer Service

Ordering Info

Shipping Info

Privacy & Security

Returns

Grooming Education Center

Catalog Request

California Proposition 65 Statement

State Sales Tax Information

Quick Links

**Become a Pet Supplies Retailer**

## Contact Us

Sign Up for Texts

 1-800-738-3343

Support@PetEdge.com

Follow us on Social Media:

petedge  PetEdge

SHOP OUR SISTER SITES:

Frank Rowe and Son

Bardel Bows

For Retailers: PetEdge Dealer Services

## About Us

Current Promotions

Company History

Brand Directory

Category Directory

Low Price Guarantee

Careers

Job Openings

Trade Show Calendar

The Groomer's Blog

 



Hi there,
Sign in | New Account



Ace
Rewards
Learn more

Cart
0 Items

You're shopping

**Ninth Avenue Hardware CO - Denver, CO**   Denver, CO **Closed** | Opens today at 8 AM

Store Info & Directions ▾

## Top Performance Shed Patrol Black Cat/Dog Grooming Mitt 1 pk

Services & Brands ▾

Shop all Top Performance     Item # 8013412  | Mfr # TP7348 16 17

(1



Roll over image to Zoom

**$17.99**

ace REWARDS

See Details

Estimated Points Earned: 179

| 1 ▾ | ADD TO CART |

♡ ADD TO LIST

**Ninth Avenue Hardware CO, Denver CO**



📍 **Ships to Store for Pickup**
Get it **Wed, Sep 20**
**FREE**

❗ Need it faster?
Get it at **3 nearby stores**

○



🚚 **Delivery from Store**
**To:** Add address

Schedule as early as **Wed, Sep 20**
**FREE** for Ace Rewards Members on Orders $50+
Sign In/Join

Delivery Details

○

🏠 **Ship to Home**

Check Arrival Date and Cost

○



**Returns**                                     Return Details  ›

Free returns on most items within 30 days.



**Product Overview**                                              ⌄

## Specifications ⌄

## Reviews  (1) ⌄

## SIMILAR ITEMS (10)



Top Performance

Top Performance Fresh
Pet Red Fresh Scent
Cat/Dog Shampoo 17 oz

*1*

$13.99

Top Performance Blue

Top Performance Blue
Oatmeal Cat/Dog
Shampoo 17 oz

*0*

$13.99



(/zpetedgemain/contentmanagement/home_responsive.jsf?
wec-appid=PEDM_WEBSHOP_TR&wec-
locale=en_US)

Search here

(/zpetedgema
appid=PEDM_WEBSHOP_TR&page=9C29D4DCD

Sign Up for Email Specials 

0 (/zpetedgema
appid=PEDM_WEBSHOP_TR&page=9C29D4DCD

Shop (/zpetedgemain/contentmanagement/home.jsf?wec-appid=PEDM_WEBSHOP_TR&page=77D49CEBBA05407494878C75407D80B8&wec-
locale=en_US)

/

Dog Grooming (/zpetedgemain/catalog/home.jsf?area=PMGT&wec-
appid=PEDM_WEBSHOP_TR&page=1E0CF7B2D65A437F97C53F2ACD2147A7&wec-locale=en_US)

/ TP Shed Patrol Deshedding & Grooming Gloves



# TP SHED PATROL DESHEDDING & GROOMING GLOVES

TP7348

Great for fast and productive deshedding. Textured nubs and flexibilty of the gloves allows you to better massage and improve circulation while
distributing natural oils, promoting a healthy skin and coat. Gently cleans sensitive areas like legs, faces, ears and tight body contours. Ideal for thick,
coarse coats and undercoat work. Advanced nub design for greater effectiveness. For dogs or cats. Includes left and right hand gloves.

*Item qualifies for Free Shipping on orders of $99+. Click for more info. (https://www.petedge.com/PEDM?
mycontent=footer/Currentpromotions.html&CEID=FSBM)*

Be the first to review (/zpetedgemain/customerinteraction/createReview.jsf?wec-
appid=PEDM_WEBSHOP_TR&page=8F8A4002BCCC41DA9E1097468CDB759C&productTitle=TP+Shed+Patrol+Deshedding+%26+Grooming+Gloves
locale=en_US&objectGuid=005056A64D261ED98DBD7C53E61240D1)

| Size | S/M |
|---|---|
| Sugg. Retail | $19.69 |
| Price Each | *$9.79* |
| QTY | 0 |
| Size | M/L |
| Sugg. Retail | $19.69 |
| Price Each | *$9.79* |
| QTY | 0 |

Save All to Shopping List        Add to Cart

## DESCRIPTION

**Top Performance Shed Patrol Deshedding and Grooming Gloves** are great for fast and productive deshedding. Additionally, the textured nubs and flexibility of the gloves allows you to better massage and improve circulation while distributing natural oils, promoting a healthy skin and coat. Gently cleans sensitive areas like legs, faces, ears and tight body contours. Ideal for thick, coarse coats and undercoat work. Advanced nub design for greater effectiveness. Use for deshedding dogs or cats. Includes left and right hand gloves.

- Fast and productive deshedding
- Ideal for thick, coarse coats and undercoat work
- Advanced nub design for greater effectiveness
- For dog and cats, also great for horses and equine grooming
- Sold in pairs

Materials

13G NYLON SHELL, SMOOTH NITRILE PALM, PVC AND BRUSH ON PALM

 **WARNING:** Cancer and Reproductive Harm - www.P65Warnings.ca.gov      (http://www.P65Warnings.ca.gov)

## SPECIFICATIONS

| | |
|---|---|
| Brand | Top Performance |
| Free Shipping | Free Shipping Eligible |
| Free Shipping DS | Free Shipping Eligible |

## REVIEWS

There are no reviews for this product yet. *Be the first to review* (/zpetedgemain/customerinteraction/createReview.jsf?wec-appid=PEDM_WEBSHOP_TR&page=8F8A4002BCCC41DA9E1097468CDB759C&productTitle=TP+Shed+Patrol+Deshedding+%26+Grooming+Gloves&locale=en_US&objectGuid=005056A64D261ED98DBD7C53E61240D1)

## RELATED PRODUCTS

### Master Grooming Tools Universal Slicker Brush
(/zpetedgemain/catalog/productDetail.jsf?wec-
appid=PEDM_WEBSHOP_TR&page=C35456610F7C42BFA1CA25328F1F0BBB&itemKey=005056A66EAC1EE6A
TP1051
locale=en_US)



(/zpetedgemain/catalog/productDetail.jsf?wec-
appid=PEDM_WEBSHOP_TR&page=C35456610F7C42BFA1CA25328F1F0BBB&itemKey=005056A66EAC1EE6A8A723BCF50E0
locale=en_US)

**$4.99**



### Top Performance Shed Patrol Shampoos & Solutions
(/zpetedgemain/catalog/productDetail.jsf?wec-
appid=PEDM_WEBSHOP_TR&page=C35456610F7C42BFA1CA25328F1F0BBB&itemKey=005056A633791ED2B5
TP733
locale=en_US)



## Customer Service

Customer Service (/PEDM?mycontent=footer/customerservice.html)

Ordering Information (/PEDM?mycontent=footer/orderinginformation.html)

Shipping Information (/PEDM?mycontent=footer/shippinginformation.html)

Privacy and Security (/PEDM?mycontent=footer/privacyandsecurity.html)

Returns (/PEDM?mycontent=footer/returnsandexchanges.html)

Returns Request Form (/content/forms/return_request.html)

Catalog Request (/content/forms/catalog_request.html)

Contact Us (/content/forms/home_responsive.html)

Grooming Education Center (/PEDM?mycontent=blog/education-center.html)

California Proposition 65 Statement (/PEDM?mycontent=footer/prop65.html)

State Sales Tax Information (/PEDM?mycontent=footer/statesalestax.html)

## About US

About Us (/PEDM?mycontent=footer/aboutus.html)

Current Promotions (/PEDM?mycontent=footer/Currentpromotions.html)

Company History (/PEDM?mycontent=footer/companyhistory.html)

About Our Website (/PEDM?mycontent=footer/aboutourwebsite.html)

Our Brands (/PEDM?mycontent=footer/ourbrands.html)

Brand Directory (/PEDM?mycontent=footer/brand-directory.html)

Mix & Match (/PEDM?mycontent=footer/mixandmatch.html)

Low Price Guarantee (/PEDM?mycontent=footer/lowprices.html)

Careers (/PEDM?mycontent=footer/Careers.html)

NEW - Trade Show Calendar (/PEDM?mycontent=tradeshow/tradeshowcalendar.html)

## Contact US

 1-800-PetEdge (800-738-3343) (tel:1-800-738-3343)

✉ Support@PetEdge.com (mailto:Support@PetEdge.com)

BECOME A PET SUPPLIES RETAILER - PetEdge Dealer Services Wholesale Pet Products (/PEDM?
mycontent=footer/petedgedealerservices.html)

See Complete Contact Details (/PEDM?mycontent=footer/Contact-Info.html)

## Shop Using Our NEW E-Catalog



(/content/catalogs/PEDM-Nov19/index.html)

© 2019 PetEdge

f (https://www.facebook.com/PetEdgeMA/) 🐦 (https://twitter.com/petedge) ▶ (https://www.youtube.com/user/petedge1/videos)

📷 (https://www.instagram.com/petedge/)

h
//petedge product page









